**\*E-FILED 1/5/06\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GLORIA FRANCO AND<br>ANNA RODRIGUEZ,<br><br>       Plaintiffs,<br><br>   v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>       Defendants.<br>_____/ | NO. 05-cv-1774 RS<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF ANNA RODRIGUEZ** |

Counsel for plaintiffs, attorney Samuel B. Rudolph, seeks to withdraw as counsel of record for plaintiff Anna Rodriguez in the above-entitled action. Defendants do not oppose the motion, nor has Ms. Rodriguez submitted any objection to the Court. Pursuant to Civil L.R. 7-1(b), the motion to withdraw is submitted without oral argument.

Based on all papers filed to date, the Court grants the motion by attorney Samuel B. Rudolph to withdraw as counsel of record for plaintiff Anna Rodriguez, subject to the condition that subsequent papers will continue to be served on counsel for forwarding purposes until new counsel for Ms. Rodriguez appears in the case, or she files an appearance in *pro per*. See Civil L.R. 11-5(b) (providing that when withdrawal is not accompanied by a substitution of counsel, the Court may condition withdrawal on the order that counsel continue to be served with papers in the case for forwarding purposes until new counsel appears in the case). Ms. Rodriguez is advised that she must appear, either with counsel or on her own behalf, at the

settlement conference scheduled in this action on January 20, 2006, before the Honorable Maria James. Attorney Rudolph is, therefore, ordered to serve a copy of this order on Ms. Rodriguez at her last known address.

IT IS SO ORDERED.

Dated: 1/5/06                                          /s/ Richard Seeborg
                                                              RICHARD SEEBORG
                                                              United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN DELIVERED TO:**

Mona M. Badani     mbadani@morganlewis.com, regina.henley@morganlewis.com

Alexander Nestor     anestor@morganlewis.com, richard.jackson@morganlewis.com

Samuel B. Rudolph     srudolph1@sbcglobal.net

Cecily Ann Waterman     cwaterman@morganlewis.com

**Dated: 1/5/06**                                                                 **Chambers of Judge Richard Seeborg**

                                                                                            **By:        /s/ BAK**