**United States District Court**
For the Northern District of California

**\*FILED 4/26/06\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GLORIA FRANCO AND ANNA RODRIGUEZ,<br><br>    Plaintiffs,<br>v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>    Defendants.<br>_____/ | NO. 05-cv-1774 RS<br><br>**ORDER DIRECTING ANNA RODRIGUEZ TO SHOW CAUSE WHY HER COMPLAINT SHOULD NOT BE DISMISSED** |

Plaintiff Anna Rodriguez has been proceeding in *pro per* since the Court granted the unopposed motion of her counsel to withdraw on January 5, 2006. Her counsel's motion to withdraw was based on representations that Rodriguez had "failed to take any meaningful interest in this case," failed to remain in communication with counsel, and failed to provide him with current address and contact information. Rodriguez thereafter failed to appear at the settlement conference in this action, or at a January 25, 2006 case management conference. Rodriguez has further failed to comply with the Court's order of February 15, 2006 that required her to provide the court with her current address and telephone number no later than March 31, 2006.

Accordingly, ANNA RODRIGUEZ IS HEREBY ORDERED to appear in Courtroom 4 of the United States District Court, 280 South First Street, San Jose, California 95113, on May 17, 2006, at 9:30 a.m., to show cause why her complaint should not be dismissed.

Attorney Rudolph is ordered to serve a copy of this order immediately on Ms. Rodriguez at her last known address.

The discovery cut off with respect to Anna Rodriguez is hereby stayed pending disposition of the order to show cause.

IT IS SO ORDERED.

Dated: April 26, 2006

RICHARD SEEBORG
United States Magistrate Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:**

Samuel B. Rudolph, Esq.
22762 Main Street
Hayward, CA 94541

Alexander Nestor, Esq.
Morgan, Lewis & Bockius
2 Palo Alto Square
3000 El Camino Real, Ste 700
Palo Alto, CA 94306-2212

Cecily A. Waterman, Esq.
Morgan, Lewis & Bockius
Mne Market, Spear Street Tower
San Francisco, CA 94105-1126

Anna Rodriguez
1498 Palmview Way
San Jose, CA 95112

**Dated: 4/26/06**                                **Chambers of Judge Richard Seeborg**

                                                  **By:       /s/ BAK**