**\*E-FILED 5/18/06\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GLORIA FRANCO AND ANNA RODRIGUEZ,<br><br>          Plaintiffs,<br><br>     v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>          Defendants. | NO. 05-cv-1774 RS<br><br>**ORDER DISMISSING COMPLAINT OF ANNA RODRIGUEZ** |

On April 26, 2006, this Court issued an order directing plaintiff Anna Rodriguez to appear and show cause why her complaint should not be dismissed, for the reasons stated therein. Rodriguez having failed to appear as ordered or to otherwise respond, and good cause appearing, IT IS HEREBY ORDERED that plaintiff Anna Rodriquez is dismissed as a plaintiff in this action.

IT IS SO ORDERED.

Dated: May 18, 2006

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Mona M. Badani     mbadani@morganlewis.com, regina.henley@morganlewis.com

Alexander Nestor     anestor@morganlewis.com, richard.jackson@morganlewis.com

Samuel B. Rudolph     srudolph1@sbcglobal.net

Cecily Ann Waterman     cwaterman@morganlewis.com, pdmurphy@morganlewis.com

**AND A COPY OF THIS ORDER WAS MAILED TO:**

Anna Rodriguez
1498 Palmview Way
San Jose, CA 95112

Dated: May 18, 2006

                                          /s/ BAK
                                          Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California