FROM : LAW OFFICES                FAX NO. :5105387186        Jun. 28 2006 09:03AM P3
    JUN 27 2006 16:15 FR MORGAN LEWIS      4154421001 TO 6020170898000000 P.02

1  CECILY A. WATERMAN, State Bar No. 63502
   MORGAN, LEWIS & BOCKIUS LLP
2  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
3  Tel: 415.442.1000
   Fax: 415.442.1001
4  E-mail: cwaterman@morganlewis.com

5  ALEXANDER NESTOR, State Bar No. 202795
   MORGAN, LEWIS & BOCKIUS LLP
6  2 Palo Alto Square
   3000 El Camino Real, Suite 700
7  Palo Alto, CA 94306-2212
   Tel: 650.843.4000
8  Fax: 650.843.4001
   E-mail: anestor@morganlewis.com
9
   Attorneys for Defendant
10 BOSTON SCIENTIFIC CORPORATION

*E-FILED 6/29/06*

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                    SAN JOSE DIVISION

| | |
|---|---|
| GLORIA FRANCO, ANNA RODRIGUEZ, <br><br> Plaintiffs, <br><br> vs. <br><br> BOSTON SCIENTIFIC CORPORATION, and DOES 1 through 50, <br><br> Defendants. | Case No. C-05-01774 RS (MEJ) <br><br> **STIPULATION [AND ORDER]** <br><br> Complaint Filed: February 25, 2005 <br> Removal Date: April 28, 2005 <br> Trial Date: October 30, 2006 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7384243.1

STIPULATION [AND ORDER]
Case no. C-05-01774 RS (MEJ)

1  WHEREAS the parties have discussed the scheduling and desirability of extending the
2  dates of expert disclosures given the timing of plaintiff's deposition and completion of the same,
3  and the conservation of the parties' resources;
4  WHEREAS in the spirit of cooperation and efficiency, it is agreed that the dates for
5  disclosures of experts should be advanced as requested below:
6  WHEREFORE IT IS HEREBY stipulated by and between the parties hereto as follows:
7  (1) Plaintiff's Disclosure of Experts shall be filed no later than July 21, 2006;
8  (2) Defendant's Disclosure of Experts shall be filed no later than August 25, 2006;
9  (3) All expert discovery shall be completed no later than September 22, 2006.

Dated: June 28, 2006

LAW OFFICE OF SAMUEL B. RUDOLPH

By: *[signature]*
Samuel B. Rudolph
Attorney for Plaintiff
GLORIA FRANCO

Dated: June 27, 2006

MORGAN, LEWIS & BOCKIUS LLP

By: *[signature]*
Cecily A. Waterman
Attorneys for Defendant
BOSTON SCIENTIFIC CORPORATION

IT IS SO ORDERED:
Dated: June 29, 2006

*[signature]*
UNITED STATES ~~DISTRICT COURT~~
MAGISTRATE JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7324248.1

1

STIPULATION [AND ORDER]
C 05-01774 RS (MEJ)

** TOTAL PAGE.03 **