CECILY A. WATERMAN, State Bar No. 63502
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: cwaterman@morganlewis.com

ALEXANDER NESTOR, State Bar No. 202795
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: anestor@morganlewis.com

Attorneys for Defendant
BOSTON SCIENTIFIC CORPORATION

SAMUEL B. RUDOLPH, State Bar No. 161149
LAW OFFICE OF SAMUEL B. RUDOLPH
22762 Main Street
Hayward, California 94541
Tel: 510.886.4876
Fax: 510.538.7186
E-mail: srudolph1@sbcglobal.net

Attorney for Plaintiff
GLORIA FRANCO

*E-FILED 8/1/06*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GLORIA FRANCO, ANNA RODRIGUEZ,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>BOSTON SCIENTIFIC CORPORATION, and DOES 1 through 50,<br><br>　　　　　Defendants. | Case No. C 05-01774 RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE EXPERT DESIGNATION AND EXPERT DISCOVERY CUT-OFF DATES** |

1-PA/3597878.1                      1                   JOINT STIP. AND [PROPOSED] ORDER TO
CONT. EXPERT DESIGN. AND EXPERT
DISCOVERY -- Case No. C 05-01774 RS

1  Whereas, pursuant to the parties' stipulation and the Court's June 29, 2006 Order, Defendant Boston Scientific Corporation is required to file its Disclosure of Experts by August 25, 2006;

4  Whereas, pursuant to the parties' stipulation and the Court's June 29, 2006 Order, all expert discovery is to be completed by September 22, 2006;

6  Whereas the parties have met and conferred several times, but have been unable to reach agreement on an Independent Mental Examination (IME) for Plaintiff Gloria Franco;

8  Whereas Defendant intends to file a motion to compel Plaintiff's IME;

9  Whereas the parties have agreed to September 6, 2006, as the hearing date for Defendant's motion to compel because Defendant's summary judgment hearing is already scheduled for that date;

12  Therefore, in the spirit of cooperation and efficiency, the parties stipulate, and respectfully request an order confirming that:

(1)  Defendant's Disclosure of Experts shall be filed no later than September 27, 2006;

(2)  Expert discovery shall be completed no later than October 11, 2006; and

(3)  The briefing schedule for Defendant's motion to compel will be as follows:

    (a)  Defendant will file its moving papers on or before August 8, 2006;

    (b)  Plaintiff will file her opposition papers on or before August 22, 2006;

    (c)  Defendant will file its reply papers on or before August 29, 2006.

1 | Dated: July 31, 2006            LAW OFFICE OF SAMUEL B. RUDOLPH

By /s/ Samuel B. Rudolph
Samuel B. Rudolph
Attorney for Plaintiff
GLORIA FRANCO

Dated: July 31, 2006            MORGAN, LEWIS & BOCKIUS LLP

By /s/ Alexander Nestor
Alexander Nestor
Attorneys for Defendant
BOSTON SCIENTIFIC CORPORATION

The Court has reviewed the parties' stipulation, and GOOD CAUSE having been shown therefor, **IT IS SO ORDERED.**

Dated: 8/1/06

/s/
UNITED STATES MAGISTRATE JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3597878.1     3     JOINT STIP. AND [PROPOSED] ORDER TO CONT. EXPERT DESIGN. AND EXPERT DISCOVERY -- Case No. C 05-01774 RS