CECILY A. WATERMAN, State Bar No. 63502
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: cwaterman@morganlewis.com

ALEXANDER NESTOR, State Bar No. 202795
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: anestor@morganlewis.com

Attorneys for Defendant
BOSTON SCIENTIFIC CORPORATION


SAMUEL B. RUDOLPH, State Bar No. 161149
LAW OFFICE OF SAMUEL B. RUDOLPH
22762 Main Street
Hayward, California 94541
Tel: 510.886.4876
Fax: 510.538.7186
E-mail: srudolph1@sbcglobal.net

Attorney for Plaintiff
GLORIA FRANCO

*E-FILED 12/14/06*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| GLORIA FRANCO, ANNA RODRIGUEZ,<br><br>            Plaintiffs,<br><br>    vs.<br><br>BOSTON SCIENTIFIC CORPORATION, and DOES 1 through 50,<br><br>            Defendants. | Case No. C 05-01774 RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FINAL PRETRIAL CONFERENCE AND TRIAL DATES** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3618367.1                    1

STIPULATION AND [PROPOSED] ORDER
TO CONT. PRETRIAL CONFERENCE AND
TRIAL DATES -- Case No. C 05-01774 RS

1   WHEREAS, pursuant to the Court's November 8, 2006 Case Management Scheduling
2   Order in this action, the Final Pretrial Conference is scheduled for February 28, 2007, and Trial is
3   scheduled to begin on March 12, 2007;
4   WHEREAS, the parties participated in a Settlement Conference with Magistrate Judge
5   Patricia Trumbull on December 11, 2006;
6   WHEREAS, Magistrate Judge Trumbull indicated that, although the parties did not reach
7   an informal resolution, she believed that a further Settlement Conference following the
8   completion of expert discovery could lead to a settlement;
9   WHEREAS, the parties agree with Magistrate Judge Trumbull's assessment and have
10  scheduled another Settlement Conference with her on the next available date on her calendar,
11  which is February 23, 2007;
12  WHEREAS, the parties may have to incur significant unnecessary expenses if the Final
13  Pretrial Conference and Trial dates are not continued and they reach an informal resolution at the
14  February 23 Settlement Conference;
15  THEREFORE, the parties stipulate, and hereby respectfully request, that the Court issue
16  an order continuing the Final Pretrial Conference to March 28, 2007, at 2:30 p.m., and the Trial to
17  April 9, 2007, at 9:00 a.m., so that they may participate in another Settlement Conference with
18  Magistrate Judge Trumbull and avoid expending potentially unnecessary time and resources.

Dated: December 13, 2006                        LAW OFFICE OF SAMUEL B. RUDOLPH

                                                By _____
                                                Samuel B. Rudolph
                                                Attorney for Plaintiff
                                                GLORIA FRANCO

Dated: December 14, 2006                        MORGAN, LEWIS & BOCKIUS LLP

                                                By _____
                                                Alexander Nestor
                                                Attorneys for Defendant
                                                BOSTON SCIENTIFIC CORPORATION

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3618367.1                          2           STIPULATION AND [PROPOSED] ORDER
                                                    TO CONT. PRETRIAL CONFERENCE AND
                                                    TRIAL DATES – Case No. C 05-01774 RS

## [PROPOSED] ORDER

The Court has reviewed the parties' stipulation, and GOOD CAUSE having been shown therefor, **IT IS SO ORDERED**.

Dated: December 14, 2006

_____
UNITED STATES MAGISTRATE JUDGE
RICHARD SEEBORG

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3618367.1        3        STIPULATION AND [PROPOSED] ORDER
TO CONT. PRETRIAL CONFERENCE AND
TRIAL DATES -- Case No. C 05-01774 RS