1

2

3                                                      **\*E-FILED 3/1/07\***

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                                SAN JOSE DIVISION

11   GLORIA FRANCO,                              No. C 05-01774 RS

12            Plaintiff,

13                 v.                            **ORDER SETTING**
                                                 **STATUS CONFERENCE**

14   BOSTON SCIENTIFIC CORPORATION,

15            Defendant.
   _____/

16

17   TO ALL PARTIES AND COUNSEL OF RECORD:

18            IT IS HEREBY ORDERED that the pretrial conference and trial dates in the above-entitled

19   matter are vacated, and a Status Conference will be held on **March 28, 2007 at 2:30 p.m.**, in

20   Courtroom 4, 5th Floor, Federal Building, 280 S. First Street, San Jose, California.

21   DATED:        March 1, 2007

22

23                                          _____
                                            RICHARD SEEBORG
24                                          United States Magistrate Judge

25

26

27

28

ORDER SETTING STATUS CONFERENCE

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

**Counsel for Plaintiff(s)**

Samuel B. Rudolph, Esq.
Email: srudolph1@sbcglobal.net

**Counsel for Defendant(s)**

Cecily Ann Waterman, Esq.
Email: cwaterman@morganlewis.com

Alexander Nestor, Esq.
Email: anestor@morganlewis.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: March 1, 2007

_/s/ BAK_____
Chambers of Magistrate Judge Richard Seeborg

ORDER SETTING STATUS CONFERENCE          2