*E-FILED*
July 6, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GLORIA FRANCO, et al.,<br><br>            Plaintiffs,<br>      v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>            Defendant.<br>_____ / | No. C 05-01774 RS<br><br>**ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **August 22, 2007**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **August 29, 2007 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: July 6, 2007

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Mona M. Badani     mbadani@morganlewis.com, regina.henley@morganlewis.com

Alexander Nestor     anestor@morganlewis.com, richard.jackson@morganlewis.com

Samuel Barry Rudolph     srudolph1@sbcglobal.net

Cecily Ann Waterman     cwaterman@morganlewis.com, pdmurphy@morganlewis.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: July 6, 2007

　　　　　　　　　　　　　　　　/s/ BAK
　　　　　　　　　　　　　　　　Chambers of Magistrate Judge Richard Seeborg