CECILY A. WATERMAN, State Bar No. 63502
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: cwaterman@morganlewis.com

ALEXANDER NESTOR, State Bar No. 202795
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: anestor@morganlewis.com

Attorneys for Defendant
BOSTON SCIENTIFIC CORPORATION

SAMUEL B. RUDOLPH, State Bar No. 161149
LAW OFFICE OF SAMUEL B. RUDOLPH
22762 Main Street
Hayward, California 94541
Tel: 510.886.4876
Fax: 510.538.7186
E-mail: srudolph1@sbcglobal.net

Of Counsel:
RICHARD SCHRAMM, State Bar No. 151696

Attorneys for Plaintiff
GLORIA FRANCO

*E-FILED 8/22/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GLORIA FRANCO,<br><br>        Plaintiff,<br><br>vs.<br><br>BOSTON SCIENTIFIC CORPORATION, and DOES 1 through 50,<br><br>        Defendants. | Case No. C 05-01774 RS (PVT)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AND ORDER THEREON**<br>**F.R.C.P. 41(A)(1)** |

```
 1       IT IS HEREBY STIPULATED by and between the parties to this action, and their
 2  designated counsel, that the above-captioned action, including all causes of action against all
 3  Defendants, be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil
 4  Procedure 41(a)(1).
 5
 6  Dated: August __/__, 2007           GLORIA FRANCO
 7
 8                                      By _/s/ Gloria Franco_____
                                           Gloria Franco, Plaintiff
 9  Dated: August __/__, 2007           LAW OFFICE OF SAMUEL B. RUDOLPH
10
11                                      By _/s/ Samuel B. Rudolph_____
12                                         Samuel B. Rudolph
                                           Attorney for Plaintiff
13                                         GLORIA FRANCO
14  Dated: August __8__, 2007           BOSTON SCIENTIFIC CORPORATION
15
16                                      By _/s/ Anne K. Morrill_____
                                           Anne K. Morrill, Vice President and Chief
17                                         Employment Attorney
                                           Boston Scientific Corporation
18
    Dated: August 20, 2007              MORGAN, LEWIS & BOCKIUS LLP
19
20
                                        By _/s/ Alexander Nestor_____
21                                         Alexander Nestor
                                           Attorneys for Defendant
22                                         BOSTON SCIENTIFIC CORPORATION
```

### ORDER

The Court having considered the stipulation of the parties, and GOOD CAUSE appearing therefor, IT IS HEREBY ORDERED.

Dated: August 22, 2007

_/s/ Richard Seeborg_____
Magistrate Judge Richard Seeborg

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3652797.1        2        STIPULATION OF DISMISSAL WITH
                               PREJUDICE OF ENTIRE ACTION
                               Case No. C 05-01774 RS (PVT)